BRIAN R. DAVIS (SBN 160817)
VIVIAN N. VO (SBN 231223)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON ROBBINS;<br><br>         Plaintiffs,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 20, inclusive;<br><br>         Defendants. | CASE NO.  2:06-CV-02926-RRB -DAD<br><br>**STIPULATION AND <u>ORDER OF DISMISSAL</u>**<br><br>**[Federal Rules of  Civil Procedure, Rule 41(a)(1)]** |

-1-
**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL**
PDF created with pdfFactory trial version www.pdffactory.com

## I.
## **STIPULATION**

IT IS HEREBY STIPULATED by plaintiff SHARON ROBBINS ("ROBBINS"), through her attorneys of record Stacey Roberts of Dreyer, Babich, Buccolla & Callaham, and defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through its attorneys of record Brian R. Davis of Hayes Bonino Davis Ellingson McLay & Scott, LLP that the above-captioned action has been resolved and the necessary closing papers are in the process of being prepared and executed, and expected to be completed within the next seven (7) days.

IT IS HEREBY FURTHER STIPULATED by ROBBINS and STATE FARM that the above-captioned action be DISMISSED WITH PREJUDICE within seven (7) days pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: January ___, 2008          DREYER, BABICH, BUCCOLLA & CALLAHAM

                                  By_____
                                      ROGER A. DREYER
                                      STACEY L. ROBERTS
                                      Attorneys for Plaintiff
                                      SHARON ROBBINS

Dated: January___, 2008           HAYES DAVIS BONINO ELLINGSON McLAY
                                  & SCOTT, LLP

                                  By_____
                                      BRIAN R. DAVIS
                                      VIVIAN N. VO
                                      Attorneys for Defendant
                                      STATE FARM MUTUAL AUTOMOBILE
                                      INSURANCE COMPANY

**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL**
PDF created with pdfFactory trial version www.pdffactory.com

## II
## ORDER

IT IS SO ORDERED.

Dated:   2/19/2008

/s/ Ralph R. Beistline

The Honorable Ralph R. Beistline
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

-3-

**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com